IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 14-496 |
| | : | *(J. McHugh)* |
| **V.** | : | |
| | : | *(Electronically Filed)* |
| **NATHANIEL DaMEIR COLES** | : | |

## NOTICE OF APPEAL

Notice is hereby given that Nathaniel DaMeir Coles, the defendant above named, hereby appeals United States Court of Appeals for the Third Circuit from the Order entered by the Honorable Gerald A. McHugh on June 21, 2019 and docketed of record on June 26, 2019.

Respectfully submitted

By: *s/ Dina Chavar*

**DINA CHAVAR, ESQUIRE**
Wilmington, DE 19801
302-256-0804
Pocono Lake, PA 18347
570-355-5845
Dina@dinachavar.com

# CERTIFICATE OF SERVICE

I, Dina Chavar, Esquire, counsel for the defendant, Nathaniel DaMeir Coles, hereby certify that I served a true and correct copy of Mr. Coles' Notice of Appeal upon Assistant United States Attorney Robert Eckert via the electronic court filing system on the date of filing – July 5, 2019.

*s/ Dina Chavar*
**DINA CHAVAR, ESQUIRE**
Wilmington, DE 19801
302-256-0804
Pocono Lake, PA 18347
570-355-5845
Dina@dinachavar.com

Date: July 5, 2019