IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :
                                  :
VS.                               :     CRIMINAL NO. 14-496-3
                                  :                  14-516-2
NATHANIEL DA'MEIR COLES           :



MOTION FOR COMPASSIONATE RELEASE
PURSUANT TO 18 U.S.C. §3582(c)(1)(A)(i)



        Your Honor, I Nathaniel Da'Meir Coles come to you and this
Honorable Court in hopes of obtaining compassionate release, or
a sentence reduction from the term your Honor imposed, which was
240 months to be followed by 10 years of supervised release. Your
Honor imposed this term of imprisonment on June 21, 2019.
        Due to the current COVID-19 Global Pandemic running rampant
Worldwide, and also through the B.O.P.. I submitted a request
for compassionate release to the Warden here at F.C.I. Ray Brook
on July 14, 2020. It was denied by the Warden on July 27, 2020. (Attachment C)
        Your Honor, my mother Ms. Neveada Coles is 65 years of age,
and has been a cigarette smoker for over 50 plus years. She has
Type-II Diabetes, Spinal issues, Two Knee Replacements, and shes
in need of a Hip-replacement surgery. She has numerous medical
issues (See Attachment A.), she lives in a 3-bedroom house all
alone. My mother is barely able to care for herself, shes barely
able to make it up and down the stairs on her own. So she mainly
stays on the bottom floor, and sleeps on the sofa in the living
room. My mother is risking a highly fatal outcome if she were to
be stricken with the COVID-19 virus, which has a high probability
of death rate among African Americans. My mother has No Primary

Care Provider, and is in a detrimental need of my home assistance. I am my mothers only son who she can rely on, and if I were to be granted compassionate release, I would take the responsibility to be my mothers Primary Care Giver and Provider.

Your Honor Sir, now with the current COVID-19 Pandemic virus infections increasing on a daily basis here through this particular Institution F.C.I. Ray Brook, where as, today the prison is on a isolation lockdown because of over 70-inmates have the COVID-19 virus, with staff members alike confirmed to have the virus as well, which constitutes a dramatic change in my incarceration in the FBOP, being now subjected to health risks of infection, at a height of 5/11 and a half, weighing 236 pounds with a BMI of 33.5 draws the line of whats considered obesity. I'm extremely concerned and fearful for my health and well being particulary over COVID-19's affinity for persons of color. And as a former smoker of a pack of cigarettes a day for 20-plus years, I have contracted weak lungs by this regrettable bad habit, which means that I am exponentially more vulnerable than most people to severe consequences of this virus. I live in an environment of close contact while being in FBOP custody that is hygienically not healthy and unsanitary maintained. At this prison here at F.C.I. Ray Brook, where experiencing constant COVID-19 infections since March of 2020, the majority of these infections continue to go under reported.

Your Honor Sir, I fear that even with the minimum pre-existing conditions that I suffer from, and the congested enviroment that I live in, I will fall victim to the COVID-19 virus. I feel the chance of that happening to me are very high, if I were to be infected with COVID-19, which has a postively high death rate among African Americans, having lived in prison for the past 6 years and 5 months with my age of 38 years old, my obesity and weak lungs increase my risk of complications and maybe even the chance of death, if I were to be infected with this deadly COVID-19 virus. If I were to be granted compassionate release, I would pose no threat to society, or will be a danger to the community. I have served nearly a decade of time in prison, and I have aged and matured in that time, and do not pose a threat to the publics safety or anyone in the community.

Your Honor Sir, at this present moment through the grace of God, I am Blessed to still have my mother who is 65 years of age. My mother has been standing by my side throughout my whole period of incarceration, and she's praying for the chance of seeing me again in freedom before she moves on.

Your Honor, I would like to stress to you in the most humblest way that I am nolonger the same individual that I was those many years ago. I have matured immensely since that time. And I am exponentially wiser with my age. There is not one day that passes by that I do not regret the decisions I made, and caused me to be in Federal prison. Drug dealing and the individual that I chose to associate myself with has been the worst mistake of my entire life. Although I am not making any excuses for my unlawful actions. I take full responsibilty for my role in the crime that was committed I understand that I cannot change what I've done in the past. But I can assure you that I am a changed and better person today. And I share my wisdom willingly with all of the young inmates whom seem to gravitate towards me. I mentor numerous inmates in the ways of living rightously, and how not to become the person that I was.

Futhermore, I have taken advantage of several educational, vocational, and rehabilitative programs while I've been serving time in the FBOP. (see Attachment B) To date I have completed the Electronics Technicians Association trade course, Suicide Companion Program but was unable to complete the training course due to being in isolation lockdown for COVID-19 protocol. I've also completed a Work-Keys National Career Readiness course, National Parenting Program, Anger Management, Drug Abuse Education Course, The Addicted Brain: Psychology & Neuroscience Program, Nutrition Made Clear course, as well as additional programs. I am also enrolled in the Alternative to Violence, Victim Awareness, which is part of the 100-hour Reentry Prerelease Program in the First Step Act.

Your Honor Sir, as you can see I have been doing everything right since my incarceration. I have been programing, and I have not incurred any misconducts or disciplinary actions during my 6-years and 5-months of this term of imprisonment, "which is very unheard of in the FBOP. Even the Staff here at F.C.I. Ray Brook

admire the way that I conduct myself, and I've been told that I am an exemplary example of a model inmate. I am even respected by all who comes in contact with me (that's inmates and staff alike). I have already completely satisfied my financial obligations that were ordered by the court.

If I were to be released, I would self-isolate at my mother's residence. Should this Court grant this motion to reduce sentence, I will reside with my mother Neveada Coles at 1608 Upland Street, Chester, PA 19013. My mother lives in a 3-bedroom home alone. My family and many people of the community are extremely supportive of my re-entry into the community. I have immediate employment available at Supreme Hair Styles and Unisex as a barber at 804 Upland Ave., Upland, PA. While working as a barber, I'll also be in search to futher my career in the field of Electronics.

Through the First Step Act 18 U.S.C. §3582(c)(1)(A)(i), this Court and your Honor has the authority to broadly interpret what constitute a Compassionate Release, and grant my motion for a sentence reduction, and show compassion on the grounds of the COVID-19 Pandemic, and my positive prison adjustment.

## *CONCLUSSION*

Judge McHugh Your Honor Sir, I pray that you give serious consideration to this sincere motion seeking a sentence reduction and/or compassionate release to be more broadly interpreted, where as any extraordinary or compelling reasons can be considered by the sentencing court, when reviewing a compassionate release motion. And if that is so, my complete transformation and characteristic maturation, my mothers medical condiction, and my own vulnerability to this COVID-19 Pandemic in the FBOP. Last, as an non-violent drug offender without any violent past convictions, I ask Your Honor to consider my "extraordinary and compelling" reasons to grant this Compassionate Release Motion.

Respectfully Submitted,

Nathaniel Da'meir Coles

ATTACHMENT: A

Patient Information

For: NEVEADA E COLES

Clinical Visit Summary

## Your current problem list includes:

MUSCLE CRAMPS (ICD-729.82) (ICD10-R25.2)
HX OF ADENOMATOUS COLONIC POLYP (ICD-V12.72) (ICD10-Z86.010)
SINUS CONGESTION (ICD-478.19) (ICD10-R09.81)
HEMATURIA (ICD-599.70) (ICD10-R31.9)
DYSURIA (ICD-788.1) (ICD10-R30.0)
PELVIC PAIN (ICD-625.9) (ICD10-R10.2)
HEADACHE (ICD-784.0) (ICD10-R51)
PERIPHERAL NEUROPATHY (ICD-356.9) (ICD10-G62.9)
CORD COMPRESSION MYELOPATHY (ICD-336.9) (ICD10-G95.29)
ABNORMAL THYROID STIMULATING HORMONE (ICD-790.6) (ICD10-R94.6)
ANXIETY (ICD-300.00) (ICD10-F41.9)
CERVICAL RADICULOPATHY, LEFT (ICD-723.4) (ICD10-M54.12)
BALANCE PROBLEM (ICD-781.3) (ICD10-R27.9)
HYPERSOMNIA (ICD-780.54) (ICD10-G47.10)
INSOMNIA (ICD-780.52) (ICD10-G47.00)
OBSTRUCTIVE SLEEP APNEA (ICD-327.23) (ICD10-G47.33)
DIABETES MELLITUS, TYPE II, UNCONTROLLED (ICD-250.02) (ICD10-E11.65)
EYE FLOATERS (ICD-379.24) (ICD10-H43.399)
OCCIPITAL HEADACHE (ICD-784.0) (ICD10-R51)
HYPOGLYCEMIA ASSOCIATED WITH DIABETES (ICD-250.80) (ICD10-E11.649)
ARM PAIN, LEFT (ICD-729.5) (ICD10-M79.602)
LIGHTHEADEDNESS (ICD-780.4) (ICD10-R42)
HOT FLASHES (ICD-627.2) (ICD10-N95.1)
OSTEOPENIA (ICD-733.90) (ICD10-M85.80)
NEPHROPATHY: MICROALBUMIN (ICD-593.9) (ICD10-R80.9)
FREQUENT FALLS (ICD-781.2) (ICD10-R29.6)
KNEE PAIN, RIGHT (ICD-719.46) (ICD10-M25.561)
BACK PAIN, LUMBAR (ICD-724.2) (ICD10-M54.5)
HIP JOINT PAIN, RIGHT (ICD-719.45) (ICD10-M25.551)
CHRONIC PAIN - ON DAILY NARCOTICS (ICD-338.29) (ICD10-G89.29)
DEPRESSION, MAJOR (ICD-296.20) (ICD10-F32.9)
LONG TERM USE OF INSULIN TREATMENT (ICD-V58.67) (ICD10-Z79.4)
CANDIDA ESOPHAGITIS (ICD-112.84) (ICD10-B37.81)
COLONIC POLYPS, HX OF (ICD-V12.72) (ICD10-Z86.010)
CHRONIC PAIN SYNDROME (ICD-338.4) (ICD10-G89.4)
RECTAL BLEEDING, HX OF (ICD-V12.79) (ICD10-Z87.19)
DIABETIC RETINOPATHY (ICD-250.50) (ICD10-E11.319)
GAIT DISTURBANCE (ICD-781.2) (ICD10-R26.9)
DIABETES MELLITUS, TYPE II, WITH NEUROLOGICAL COMPLICATIONS (ICD-250.60) (ICD10-E11.49)
HYPERLIPIDEMIA, MIXED (ICD-272.2) (ICD10-E78.2)
VITAMIN B12 DEFICIENCY (ICD-266.2) (ICD10-E53.8)
VITAMIN D DEFICIENCY (ICD-268.9) (ICD10-E55.9)
HYPERTENSION, BENIGN (ICD-401.1) (ICD10-I10)
PERIPHERAL VASCULAR DISEASE (ICD-443.89) (ICD10-I73.89)
THYROID NODULE, LEFT (ICD-241.0) (ICD10-E04.1)
G E R D (ICD-530.81) (ICD10-K21.9)

**Patient Information**

For: NEVEADA E COLES

**Clinical Visit Summary**

6)  ADULT ASPIRIN LOW STRENGTH 81 MG ORAL TABLET DISINTEGRATING (ASPIRIN) 1 by mouth daily

7)  ATORVASTATIN 80MG TABLETS (ATORVASTATIN CALCIUM) TAKE 1 TABLET BY MOUTH ONCE A DAY

8)  OXYCODONE HCL 10 MG ORAL TABLET (OXYCODONE HCL) take one tab by mouth three times a day

9)  CYMBALTA 60 MG ORAL CAPSULE DELAYED RELEASE PARTICLES (DULOXETINE HCL) ; Route: ORAL

10)  VITAMIN D (ERGOCALCIFEROL) 50000 UNIT ORAL CAPSULE (ERGOCALCIFEROL) 1 tab by mouth daily X 2 weeks; Route: ORAL

11)  FLUTICASONE PROPIONATE 50 MCG/ACT NASAL SUSPENSION (FLUTICASONE PROPIONATE) 2 sprays in each nostril once a day; Route: NASAL

12)  KETOCONAZOLE 2 % EXTERNAL CREAM (KETOCONAZOLE) Apply to affected area twice a day x 10 days; Route: EXTERNAL

13)  VITAMIN D (ERGOCALCIFEROL) 50000 UNIT ORAL CAPSULE (ERGOCALCIFEROL) Take one capsule by mouth once a week x 8 weeks; Route: ORAL

14)  BLOOD PRESSURE KIT DEVICE (BLOOD PRESSURE MONITORING) check blood pressure twice a week Dx: Hypertension I10

15)  ONDANSETRON HCL 4 MG ORAL TABLET (ONDANSETRON HCL) Take 1 tablet by mouth every 4 hours as needed for nausea; Route: ORAL

16)  CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) Take 1 tablet by mouth every 8 hours as needed for muscle spasm; Route: ORAL

17)  * G47.33 MONTGOMERY MEDICAL Mask Fitting for full face mask; her mask leaks and she feels confined at times.

18)  HYDROCHLOROTHIAZIDE 25MG TABLETS (HYDROCHLOROTHIAZIDE) TAKE 1 TABLET BY MOUTH ONCE DAILY

19)  METFORMIN HCL ER 500 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (METFORMIN HCL) 1 tablet with dinner, increase to 1 tablet with breakfast, 1 tablet with dinner if no side effects; Route: ORAL

**The following tests were ordered today:**
Magnesium Level (622QHO) (001537LCA) [CPT-83735]
Metabolic Panel, Comprehensive (10231QHO) (322000LCA) [CPT-80053]
Sedimentation Rate (ESR) (809QHO) (005215LCA) [CPT-85652]
C-reactive Protein (4420QHO) (006627LCA) [CPT-86140]
ANA Screen w/Reflex to Titer (249QHO) [CPT-86038]
CK Creatine Kinase, Total (374QHO) (001362LCA) [CPT-82550]

**The following problems were added to your medical record:**
MUSCLE CRAMPS (ICD-729.82) (ICD10-R25.2)

ATTACHMENT: B

# ETA® INTERNATIONAL
## *Member*

This certificate affirms that

## Nathaniel D. Coles  CETa

is a valued member in good standing of ETA® International, a not-for-profit 501 (c) 6 association dedicated to promoting professionalism in electronics-related industries through certification. This membership shall be valid until _____**November 2021**_____ with all rights and privileges pertaining thereof.

Acknowledged and agreed upon by the President of ETA® International.

*President, ETA® International*

*Fostering Excellence Through Certification Since 1978*





**Issue Date: 11/5/2020**
**Expiration Date**
**November 05**
**2024**

# Certified EM1
# DC Technician

## Nathaniel D. Coles , EM1242551
## Chester, Pennsylvania

has successfully completed the technical examination and requirements to be universally recognized for competency, ability, and knowledge as an EM1-DC Technician. This DC Electronics Module certification is one of five (5) Electronics Modules required for the Associate CET certification.

To be recognized for this credential in DC basics, practicing technicians with less than two (2) years of combined work and electronics training must pass examinations in 12 or more categories of basic DC electronics technology with a 75% score. Only well-trained and skilled entry-level technicians are able to accomplish this feat. The Electronics Technicians Association takes great pride in presenting this official recognition to the above-named electronics technician. His/her name has been published in the High Tech News journal, embedded in the ETA permanent data base, and is available for recognition by officials of the various industry. This individual may display the EM1-DC Technician identification items or advertise his/her level of accomplishment as a technician. Congratulations from ETA officers and members, and the electronics industry."

*Bryan Allen*

Bryan Allen, CSM, CSS - President

ETA® International
Greencastle, Indiana
www.eta-i.org

Accredited By
ICAC

EM1

DC Technician





Issue Date: 11/5/2020
Expiration Date
November 05
2024

# Certified EM2
## AC Technician

### Nathaniel D. Coles , EM2242552
### Chester, Pennsylvania

has successfully completed the technical examination and requirements to be universally recognized for competency, ability, and knowledge as an EM2-AC Technician. This AC Electronics Module certification is one of five (5) Electronics Modules required for the Associate CET certification.

To be recognized for this credential in AC basics, practicing technicians with less than two (2) years of combined work and electronics training must pass examinations in 12 or more categories of basic AC electronics technology with a 75% score. Only well-trained and skilled entry-level technicians are able to accomplish this feat. The Electronics Technicians Association takes great pride in presenting this official recognition to the above-named electronics technician. His/her name has been published in the High Tech News journal, embedded in the ETA permanent data base, and is available for recognition by officials of the industry. This individual may display the EM2-AC Technician identification items or advertise his/her level of accomplishment as a technician. Congratulations from ETA officers and members, and the electronics industry.



Bryan Allen

Bryan Allen, CSM, CSS - President

ETA® International
Greencastle, Indiana
www.eta-i.org

Accredited By
ICAC



EM2
AC Technician



Issue Date: 11/5/2020
Expiration Date
November 05
2024

# Certified EM3
## Analog Technician

### Nathaniel D. Coles , EM3242553
### Chester, Pennsylvania

has successfully completed the technical examination and requirements to be universally recognized for competency, ability, and knowledge as an EM3-Analog Technician. This Analog Electronics Module certification is one of five (5) Electronics Modules required for the Associate CET certification.

To be recognized for this credential in Analog basics, practicing technicians with less than two (2) years of combined work and electronics training must pass examinations in 13 or more categories of basic Analog electronics technology with a 75% score. Only well-trained and skilled entry-level technicians are able to accomplish this feat. The Electronics Technicians Association takes great pride in presenting this official recognition to the above-named electronics technician. His/her name has been published in the High Tech News journal, embedded in the ETA permanent data base, and is available for recognition by officials of the industry. This individual may display the EM3-Analog Technician identification items or advertise his/her level of accomplishment as a technician. Congratulations from ETA officers and members, and the electronics industry.

*Bryan Allen*

Bryan Allen, CSM, CSS - President



ETA® International
Greencastle, Indiana
www.eta-i.org

Accredited By
ICAC



EM3

**Analog Technician**



Issue Date: 11/5/2020
Expiration Date
November 05
2024

# Certified EM4
# Digital Technician

## Nathaniel D. Coles , EM4242554

### Chester, Pennsylvania

has successfully completed the technical examination and requirements to be universally recognized for competency, ability, and knowledge as an EM4-Digital Technician. This Digital Electronics Module certification is one of five (5) Electronics Modules required for the Associate CET certification.

To be recognized for this credential in Digital basics, practicing technicians with less than two (2) years of combined work and electronics training must pass examinations in 6 or more categories of basic Digital electronics technology with a 75% score. Only well-trained and skilled entry-level technicians are able to accomplish this feat. The Electronics Technicians Association takes great pride in presenting this official recognition to the above-named electronics technician. His/her name has been published in the High Tech News journal, embedded in the ETA permanent data base, and is available for recognition by officials of the industry. This individual may display the EM4-Digital Technician identification items or advertise his/her level of accomplishment as a technician. Congratulations from ETA officers and members, and the electronics industry.

_Bryan Allen_

Bryan Allen, CSM, CSS - President

ETA® International
Greencastle, Indiana
www.eta-i.org



Accredited By
ICAC



EM4

Digital Technician



**Issue Date:** 11/5/2020
**Expiration Date**
November 05
2024

# Certified EM5
## Comprehensive Technician

### Nathaniel D. Coles , EM5242555

### Chester, Pennsylvania

has successfully completed the technical examination and requirements to be universally recognized for competency, ability, and knowledge as an EM5-Comprehensive Technician. This Electronics Module certification is one of five (5) Electronics Modules required for the Associate CET certification.

To be recognized for this credential in Comprehensive basics, practicing technicians with less than two (2) years of combined work and electronics training must pass examinations in 11 or more categories of basic Comprehensive electronics technology with a 75% score. Only well-trained and skilled entry-level technicians are able to accomplish this feat. The Electronics Technicians Association takes great pride in presenting this official recognition to the above-named electronics technician. His/her name has been published in the High Tech News journal, embedded in the ETA permanent data base, and is available for recognition by officials of the industry. This individual may display the EM5-ComprehensiveTechnician identification items or advertise his/her level of accomplishment as a technician. Congratulations from ETA officers and members, and the electronics industry.

Bryan Allen

Bryan Allen, CSM, CSS - President

ETA® International
Greencastle, Indiana
www.eta-i.org


Accredited By
ICAC



**EM5**

Comprehensive Technician



**Issue Date:** 11/5/2020
**Expiration Date**
November 05
2024

# Associate
## Certified Electronics Technician

### Nathaniel D. Coles , AST242556
### Chester, Pennsylvania

has successfully completed the technical examinations and requirements to be universally recognized for competency, ability, and knowledge as an Associate Certified Electronics Technician. To be recognized for this honor, practicing technician with less than two (2) years of combined work and electronics training must pass examinations in 18 or more categories of basic electronics technology with a 75% score. Only well-trained and skilled entry-level technicians are able to accomplish this feat. The Electronics Technicians Association takes great pride in presenting this official recognition to the above-named electronics technician. His/her name has been published in the High Tech News journal, embedded in the ETA permanent data base, and is available for recognition by officials of the industry. This individual may display the Associate CETa identification items or advertise his/her level of accomplishment as a technician.

*Bryan Allen*

Bryan Allen, CSM, CSS - President

ETA® International
Greencastle, Indiana
www.eta-i.org

Accredited By
ICAC



Certified Electronics Technician

CETa





# ACT® WorkKeys® NCRC®

ACT certifies that

## NATHANIEL COLES

has earned the ACT WorkKeys National Career Readiness Certificate™ at the **Bronze** level.

Registered Certificate # FPJWP81D7VVV
Issue Date: 8/21/20

# Certificate of Completion

This Certificate hereby acknowledges

# N. Coles

For successfully completing the

National Parenting Program Phase 1 Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 2nd day of November, 2020

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This certificate hereby acknowledges

## Coles #71667-066

For successfully completing

### The Addicted Brain:
### The Psychology & Neuroscience of Reward

A *STRUCTURED* and *SENTRY BASED* Six (6) HOUR
RECREATIONAL DEPARTMENT PROGRAM
Awarded this seventh(7)day of November, 2019

_E. Van Yserloo_

Recreation Specialist Mr. Van Yserloo

# Certificate of Completion

This certificate hereby acknowledges

## Coles #71667-066

For successfully completing

## Nutrition Made Clear *(part III)*

A STRUCTURED and *SENTRY BASED* Six (6) HOUR
RECREATIONAL DEPARTMENT PROGRAM

Awarded this Eighth (8)day of November, 2019

*E. Van Yserloo*

Recreation Specialist Mr. Van Yserloo

# CERTIFICATE OF COMPLETION

PRESENT TO

## NATHANIEL COLES

REG. # 71667-066

WHOM SUCCESSFULLY COMPLETED 8 HOURS

FOR

## ANGER MANAGEMENT

THIS CERTIFICATE IS HEREBY ISSUED THIS 14TH DAY OF FEBRUARY 2020.

FEDERAL CORRECTIONAL INSTITUTION, RAY BROOK, NEW YORK

JAMES DUKETTE, VT INSTRUCTOR

# FCI Ray Brook
## Psychology Department

Presents this certificate of completion to:

## Nathaniel Coles

For the Successful Completion of the
### Drug Abuse Education Course

The Drug Education Course is a minimum of 12 hours.

**Presented September 2020**

D. Godfrey – Drug Abuse
Treatment Specialist

ATTACHMENT: C

---------------------------------------------------------------------------------------------------

FROM: Warden
TO: 71667066
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/14/2020 12:42:02 PM

Your Unit Team will review your request.

>>> ~^!"COLES, ~^!NATHANIEL DA-MEIR" <71667066@inmatemessage.com> 7/14/2020 12:33 PM >>>
To: Mr. Lovett
Inmate Work Assignment: Rec. Wknd.

Dear warden Lovett,

I am writing this request in hope that you could file a motion for relief under (18 USC 3582) for the FIRST STEP
ACT/Compassionate Release/CARES ACT/Home Confinement on my behalf.


My mother is 65 years of age, and is extremely high risk for the COVID-19 VIRUS. She has Type 2 Diabetes, Spinal Issues,
and 2 Knee Replacements. And in need of a hip replacement also. She lives in a 3 Bedroom House all alone, and is unable to
make it up and down the steps not too well. So she has to sleep on the sofa in the living room. My mother has EXTREMELY NO
Primary Care Provider, and she is in need of my assistance. If at all necessary, I can get my mother to provide her medical
records for proof.
                    Thank You!

## INMATE REQUEST TO STAFF MEMBER
### Warden's Response

Name: __Coles, Nathaniel  Da-Meir__

Reg. No.: __71667-066__          Unit: __Delaware B Unit__

Your request for Compassionate Release/Reduction in Sentence based on the First Step Act and the fact you are the sole caregiver for your elderly mother, who is currently experiencing health problems, was reviewed.

BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§3582(c)(1)(A) and 4205 (g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, and elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

To be considered eligible under Non-Medical Circumstances, you must either have a child who is suddenly without a family member caregiver due to that caregiver's death or incapacitation or your spouse or registered partner is incapacitated and you are the only available caregiver. Accordingly, your Compassionate Releases/Reduction in Sentence based on the First Step Act, and your mother's health concerns, do not meet this specific criteria; therefore, your request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_S. Loves_
S. Lovett, Warden

__7/27/20__
Date

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: COLES, NATHANIEL, D.    71667-066    Delaware-B    F.C.I. Ray Brook

    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** ( 18 U.S.C. 3582 (c)(1)(A) Compassionate Release/Reduction in Sentence

My mother is 65 years of age, and is extremely high risk for the COVID-19 VIRUS. My Mother has type 2 Diabetes, Spinal Issues, 2 Knee Replacements. And she is in need of a hip replacement Also. My Mother lives in a 3 Bedroom House all alone, and is unable to make it up and down the steps not too well. So she has to sleep in the sofa in the living room. My Mother has NO Primary Care Provid and she is in need of my assistance. If at all necessary, I can get my mother to provide her medical records for proof of her health condition. Thank You!

7-29-2020

DATE               *Nathaniel Coles*

                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE              CASE NUMBER: _____

                                          CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Nathaniel Coles # 71667-066
Federal Correction Institution. Ray Brook
P.O. Box 900
Ray Brook, NY 12977



CERTIFIED MAIL®

7017 1450 0001 9714 5109







Clerk of Courts for the EDPA
601 Market Street
Philadelphia, PA 19106

FCI RAY BROOK
P.O. BOX 300 RAY BROOK, NEW YORK

DATE: 1/21/21

"The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither been
opened nor inspected. If the writer raises a question or problem
over which this facility has jurisdiction, you may wish to return the
material for further information or clarification. If the writer
enclosed correspondence for forwarding to another addressee, please
return the enclosed to the above address."

LEGAL MAIL